**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.**<br>*Plaintiff,*<br><br>v.<br><br>**DONALD DENENNO et al.,**<br>*Defendants.* | **Civil No. 24-2287** |

**ORDER**

**AND NOW,** on this 9th day of April, 2026, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 31), Defendants' Cross-Motion for Summary Judgment (ECF No. 33), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** and Defendants' Cross-Motion for Summary Judgment is **DENIED**.  Summary Judgment is hereby **ENTERED** in favor of Plaintiff JP Morgan Chase Bank, N.A. ("Chase") as follows:

1. Chase is hereby **GRANTED** an equitable lien, effective as of May 29, 2024 (the date on which this action was commenced), on the real property located in Chester County, Pennsylvania, and known as Tax Parcel Number 63-4-1.1 ("Premises 1.1") in the amount of $918,029.07 plus continuing interest of $157.59 per diem from and after April 18, 2025.

2. Chase is hereby **GRANTED** an additional equitable lien, effective as of May 29, 2024 (the date on which this action was commenced), on Premises 1.1 in the amount of $140,260.42.

3. Chase shall record with the Chester County Recorder of Deeds a certified copy of this Order, which shall be indexed in/with the land records concerning Premises 1.1.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge